

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00372-CV

## IN THE INTEREST OF S.R., A CHILD

**From the County Court at Law
Bosque County, Texas
Trial Court No. CV16242**

# ORDER

Appellant's counsel filed an *Anders* brief ("Appellant's Brief and Appendix") on March 2, 2018. The brief was deficient because, among other things, it was not in compliance with Rule of Appellate Procedure 9.8. *See* TEX. R. APP. P. 9.8. Accordingly, we requested that Appellant's counsel file an amended *Anders* brief. We further notified Appellant's counsel that the *Anders* brief filed on March 2, 2018, would be stricken, and the brief was stricken on March 28, 2018.

Appellant's counsel filed an amended *Anders* brief ("Appellant's Brief and Appendix") on April 6, 2018; however, the Appendix is still not in compliance with Rule 9.8. Rule 9.8 requires the use of an alias when identifying the child in all papers submitted to the Court, including the appendix, in an appeal arising out of a case in which the

termination of parental rights was at issue. *See id.* at 9.8(b)(1). An "alias" is defined as "one or more of a person's initials or a fictitious name, used to refer to the person." *Id.* at 9.8(a). Even copies of documents that are included in the original appellate record, when sent in any form or for any purpose other than as part of the formal record, must be made to comply with the Rule.

To expedite this matter, we order that the Appendix to the amended *Anders* brief be sealed. *Id.* at 2. Appellant's counsel is instructed that future filings will be expected to be in compliance with the Rules of Appellate Procedure, including Rule 9.8.


PER CURIAM


Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed April 18, 2018

